UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>John Carlos Duarte<br>DEFENDANT(S). | CASE NUMBER<br>EDCR 13-11-VAP<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _____△_____, IT IS ORDERED that a detention hearing is set for __4-22-13__, ____, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __Sheri Pym__, in Courtroom __4-3rd floor__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4-15-13__         _____[signature]_____         **SHERI PYM**
                          U.S. District Judge/Magistrate Judge